**No. 41212.**—Protests 674260–G, etc., of John Esposito, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.